FIRST NATIONAL STATE BANK OF NEW JERSEY, A COR-
PORATION ORGANIZED UNDER THE BANKING LAWS
OF THE UNITED STATES, PLAINTIFF-RESPONDENT,
v. CARLYLE HOUSE, INC., A NEW JERSEY CORPORA-
TION, *ET AL.*, DEFENDANTS, AND ACME PLASTERING
CO., INC., ARCTIC CONTRACTING CORP. AND ESSEX
IRON WORKS, INC., DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued November 10, 1969—Decided November 17, 1969.

Before Judges GOLDMANN, LEWIS and MATTHEWS.

*Mr. Seymour Margulies* argued the cause for appellants
(*Messrs. Levy, Lemken* and *Margulies,* attorneys for Acme
Plastering Co., Inc. and Arctic Contracting Corp.; *Messrs.
Cohn* and *Turk,* attorneys for Essex Iron Works, Inc.; *Mr.
Margulies* and *Mr. Sanford Schneider,* on the brief).

*Mr. Bertram M. Light, Jr.* argued the cause for re-
spondent.

PER CURIAM. The Chancery Division judgment is affirmed
for the reasons stated in Judge Mintz' well-considered
opinion, 102 *N. J. Super.* 300.